FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 20 2012 ★

RECEIVED
7/20/12
Chambers of
I. Leo Glasser
U.S.D.J.
Eastern District

# Federal Defenders
## OF NEW YORK, INC.

**BROOKLYN OFFICE**
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

---

*David E. Patton*
*Executive Director and*
*Attorney-in-Chief*

Eastern District
Peter Kirchheimer
Attorney-in-Charge

July 18, 2012

The Honorable I. Leo Glasser
Senior United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

<u>Re: U.S.A. v. Jessica Lucio, 12-CR-228 (ILG)</u>

Your Honor:

      This is to request a modification to Ms. Lucio's bond to permit her to travel to New Jersey and to reside with her aunt in Elizabeth, New Jersey. Ms. Lucio's bond currently restricts her travel to New York City. Ms. Lucio has been in compliance with each of the conditions of her release.

      I have confirmed that neither Assistant U.S. Attorney Darren Laverne nor U.S. Pretrial Services Officer Amina Adossa-Ali has an objection to Ms. Lucio residing in New Jersey, with her aunt.

      Thank you very much for your consideration of this request.

Respectfully Submitted,

*[signature]* for MMW
Mildred M. Whalen
Staff Attorney
(718) 330-1290

Granted
So ordered.
, s/ILG
USDJ
7/20/19

cc: Assistant U.S. Attorney Darren Laverne, Esq.
     Pretrial Services Officer Amina Adossa-Ali
     ECF